**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LEONEL LIMON BENCOMO,<br><br>　　　　Defendant. | Case No.: 25-cr-02647-RSH<br><br>**JUDGMENT AND ORDER DISMISSING THE INDICTMENT** |

Based upon the Motion to Dismiss the Indictment, for the reasons set forth therein, and for good cause appearing, **IT IS HEREBY ORDERED THAT:**

The United States' Motion to Dismiss is **GRANTED**, and the Indictment is dismissed without prejudice.

DATED: 7/13/26

*Robert S Huie*

_____

THE HONORABLE ROBERT S. HUIE
UNITED STATES DISTRICT JUDGE